**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| MACKEEBER ASSOCIATES, LLC,<br>    *Plaintiff*,<br><br>v.<br><br>TOWN OF SOUTH WINDSOR, ET AL.,<br>    *Defendants*. | )<br>)<br>)   3:25-cv-295 (OAW)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER ON CONSENT GRANTING APPLICATION FOR PRELIMINARY INJUNCTION

**AND NOW,** with the consent of Plaintiff MacKeeber Associates, LLC, Town of South Windsor, Michael Maniscalco, in his official capacity of Town Manager, Marc Melanson, in his official capacity as Chief Building Official, and Pamela Oliva, in her official capacity as Blight Enforcement Officer (collectively the "Defendants"), the court hereby finds that Plaintiff has made the requisite showings to warrant entry of a preliminary injunction. Plaintiff has presented sufficiently serious questions going to the merits of its claims and a threat of irreparable harm. Accordingly, and with the consent of Plaintiff and Defendants, the Court Orders as follows:

1. Until the conclusion of this action, including all appeals, Defendants are enjoined from enforcing or seeking enforcement of the Certificate of Blight Lien on the real property located at 515 John Fitch Boulevard, South Windsor, Connecticut, and the monetary assessments that the Blight Lien seeks to secure, including but not limited to the current alleged principal amount of said lien, together with any other costs and reasonable attorney's fees.

2. Until the conclusion of this action, including all appeals, Defendants are enjoined from enforcing or seeking enforcement of the Notice of Levy and Sale of Real Estate, dated January 23, 2025, directed to 515 John Fitch Boulevard, South Windsor, Connecticut.

3. Until the conclusion of this action, including all appeals, Defendants are enjoined from selling, transferring title or ownership, or otherwise alienating at auction or in any other manner, the real property located at 515 John Fitch Boulevard, South Windsor, Connecticut.

**IT IS SO ORDERED** in Hartford, Connecticut, this 27th day of March, 2025.

                                              _____/s/_____
                                              OMAR A. WILLIAMS
                                              UNITED STATES DISTRICT JUDGE